# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

*WM. FREMMING NIELSEN*
*Judge*

*Post Office Box 2208*
*Spokane, Washington 99210-2208*
*(509) 353-3163*

July 30, 2004

Ms. Mary M. Lisi
Committee on Financial Disclosure
Administrative Office of the
    United States Courts
One Columbus Circle, N.E., Suite 2-301
Washington, D.C. 20544

Dear Ms. Lisi:

This is in response to your July 26, 2004, letter
requesting a response by me to two items contained in my
Financial Disclosure Statement which was filed May 10,
2004.

In Part VI, line 1, should reflect that my margin account
is with Merrill Lynch.

In Part VII, page 3, lines 39 and 41, apparently the
valuation code should be "T."

Very truly yours,



Senior U.S. District Judge

L04\257:jlk

| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br>NIELSEN, WILLIAM F | 2. Court or Organization<br>USDC, ED OF WA | 3. Date of Report<br>5/10/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br>JUDGE, SENIOR | 5. ReportType (check appropriate type)<br>○ Nomination, Date<br>○ Initial  ⊙ Annual  ○ Final | 6. Reporting Period<br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br>POST OFFICE BOX 2208<br>SPOKANE, WASH NGTON 99210-2208 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be follow d. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)
☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Trustee | Spokane YMCA Endowment Committee |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)
☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED May 17 12 48 PM '04 FINANCIAL DISCLOSURE OFFICE


COPY

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>NIELSEN, WILLIAM F | Date of Report<br><br>5/10/2004 |
|---|---|---|

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Incom  - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | NIELSEN, WILLIAM F | 5/10/2004 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Brokerage Co. | Margin Account | L |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| □ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. WFN SP RMP | | | | | | | | | |
| 2. Advanced Micro Devices | | None | J | T | Bot | 8/25 | J | | |
| 3. Albertsons | A | Dividend | J | T | | | | | |
| 4. Amer Express Com | A | Dividend | J | T | | | | | |
| 5. Applebees | A | Dividend | K | T | | | | | |
| 6. Atmel Corp. | | None | J | T | | | | | |
| 7. Auto Data Proc. Com | A | Dividend | L | T | | | | | |
| 8. Berkshire Hath | | None | M | T | | | | | |
| 9. Brightpoint | | None | | | Sold | 7/30 | K | E | |
| 10. Cardinal Health | A | Dividend | K | T | Bot | 7/30 | K | | |
| 11. Cash | A | Interest | J | T | | | | | |
| 12. Coca Cola | A | Dividend | K | T | | | | | |
| 13. Com 21 Inc | | None | J | T | | | | | |
| 14. Concord EFS | | None | K | T | Bot | 8/4 | K | | |
| 15. Emers Elc Com | A | Dividend | | | Sold | 1/23 | K | D | |
| 16. Ericsn Tele | A | Dividend | | | Sold | 1/8 | K | D | |
| 17. Flextronics | | None | K | T | Bot | 1/17 | J | | |
| 18. Florida E. Coast Ind | A | Dividend | | | Sold | 4/8 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger. redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Gen Elc Com | B | Dividend | | | Sold | 4/14 | L | E | |
| 20. Gillette | A | Dividend | | | Sold | 2002 | K | D | Sale overlooked |
| 21. Grupo A Sureste | | None | | | Sold | 4/8 | J | | |
| 22. Home Depot | A | Dividend | K | T | Bot | 4/14 | K | | |
| 23. Intel Com | A | Dividend | L | T | | | | | |
| 24. Johnson & Johnson Com | A | Dividend | K | T | | | | | |
| 25. Kroger Co | A | Dividend | K | T | | | | | |
| 26. LSI Logic | | None | J | T | Bot | 4/14 | J | | |
| 27. MGIC Int Corp. | A | Dividend | K | T | | | | | |
| 28. Motorola | A | Dividend | K | T | | | | | |
| 29. St. Joe Co. | A | Dividend | J | T | | | | | |
| 30. Safeway | A | Dividend | J | T | | | | | |
| 31. Sealed Air Corp. | | None | K | T | Bot | 1/17 | K | | |
| 32. Symbol Tech | A | Dividend | J | T | | | | | |
| 33. Tyco Int | A | Dividend | J | T | | | | | |
| 34. Unum Provident | A | Dividend | K | T | Bot | 11/25 | J | | |
| 35. Wash Mutual Inc | A | Dividend | K | T | | | | | |
| 36. XCEL Energy | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. | | | | | | | | | |
| 38. WFN SP | | | | | | | | | |
| 39. Inland N.W. Venture Fund | | None | J | U | | | | | |
| 40. NW 50 Fund | A | Dividend | K | T | | | | | |
| 41. NW Venture Assc Fund | | None | K | U | | | | | |
| 42. | | | | | | | | | |
| 43. WFN SP83 | | | | | | | | | |
| 44. Aber-Fitch | | None | J | T | | | | | |
| 45. AFLAC | A | Dividend | J | T | Bot | 6/19 | J | | |
| 46. Agilent | | None | J | T | | | | | |
| 47. Allied Cap | A | Dividend | J | T | | | | | |
| 48. Amer Exp Co | A | Dividend | J | T | | | | | |
| 49. Amgen | | None | K | T | | | | | |
| 50. AOL Time Warner | | None | J | T | | | | | |
| 51. Bank of N.Y. | A | Dividend | | | Sold | 5/14 | K | B | |
| 52. Baxter Intl | A | Dividend | K | T | | | | | |
| 53. Bed-Bath-B | | None | J | T | | | | | |
| 54. Berk Hathwy Com | | None | L | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Block-HR | A | Dividend | | | Sold | 6/19 | J | A | |
| 56. Bristol Meycro Squibb | B | Dividend | K | T | | | | | |
| 57. Cardinal Health | A | Dividend | J | T | Bot | 7/18 | J | | |
| 58. Career Educ | | None | | | Sold | 7/18 | J | D | |
| 59. Carnival Corp | A | Dividend | K | T | | | | | |
| 60. Cisco | | None | J | T | | | | | |
| 61. Coca Cola | A | Dividend | K | T | | | | | |
| 62. Colgate Com | B | Dividend | L | T | | | | | |
| 63. Disney Com | A | Dividend | K | T | | | | | |
| 64. Eurodisney Com | | None | J | T | | | | | |
| 65. Freddie Mac | A | Dividend | J | T | | | | | |
| 66. General Elec | A | Dividend | | | Sold | 4/14 | K | D | |
| 67. Gillette Co. Com. | A | Dividend | K | T | | | | | |
| 68. Hancock Fabricks | A | Dividend | | | Sold | 6/19 | J | B | |
| 69. Helen of Troy | | None | J | T | Bot | 6/19 | J | | |
| 70. Home Depot | A | Dividend | L | T | | | | | |
| 71. Intel Corp | A | Dividend | K | T | | | | | |
| 72. Johnson & Johnson | A | Dividend | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy. sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. Macrovision | | None | J | T | | | | | |
| 74. McDonalds Corp | A | Dividend | K | T | | | | | |
| 75. Medtronic | A | Dividend | K | T | | | | | |
| 76. Merrill Lynch Com | A | Dividend | K | T | | | | | |
| 77. Microsoft Corp | A | Dividend | J | T | | | | | |
| 78. NW Bancorp | | None | J | T | | | | | |
| 79. NY Comm Bank | A | Dividend | K | T | | | | | |
| 80. Oracle Corp. | | None | J | T | | | | | |
| 81. Pfizer | A | Dividend | L | T | | | | | |
| 82. Safeway | A | Dividend | J | T | | | | | |
| 83. Stanley Works | A | Dividend | K | T | Bot | 7/18 | J | | |
| 84. S.W. Airlines Com | A | Dividend | K | T | | | | | |
| 85. Target | A | Dividend | J | T | | | | | |
| 86. Verizon | B | Dividend | | | Sold | 7/18 | K | D | |
| 87. Walgreen Co. | A | Dividend | K | T | | | | | |
| 88. Wash Mutual | A | Dividend | J | T | | | | | |
| 89. Waters Corp. | | None | J | T | | | | | |
| 90. Wells Fargo & Co. | A | Dividend | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 91. Zimmer Holdings | | None | | | Sold | 4/4 | J | D | |
| 92. | | | | | | | | | |
| 93. WFN SPDRSEA | | | | | | | | | |
| 94. Amer Intl Grp | A | Dividend | J | T | | | | | |
| 95. Cash | A | Interest | J | T | | | | | |
| 96. Chevron Corp. | A | Dividend | K | T | | | | | |
| 97. Darden Restaurants | A | Dividend | J | T | Bot | 5/23 | J | | |
| 98. Gen Electric Com | A | Dividend | . | | Sold | 4/15 | K | E | |
| 99. Gillette Com | A | Dividend | K | T | | | | | |
| 100. Guidant | | None | J | T | Bot | 5/21 | J | | |
| 101. Hain Celestial Grp | | None | K | T | Bot | 7/9 | K | | |
| 102. Heinz Com | A | Dividend | J | T | | | | | |
| 103. Home Depot | A | Dividend | J | T | | | | | |
| 104. Motorola | A | Dividend | J | T | | | | | |
| 105. Oracle Corp Com | | None | K | T | | | | | |
| 106. Safeway | | None | J | T | Bot | 2/3 | J | | |
| 107. St. Jude Med Com | | None | | | Sold | 1/30 | K | D | |
| 108. Schering P Com | A | Dividend | K | T | | | | | |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
   (See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
   (See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
   (See Column C2)     U = Book Value     V = Other     W = Estimated

# FINANCIAL DISCLOSURE REPORT
## Page 7 of 10

Name of Person Reporting
NIELSEN, WILLIAM F

Date of Report
5/10/2004

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. Wash Mutual | A | Dividend | J | T | | | | | |
| 110. | | | | | | | | | |
| 111. MSN SP RMP CASH ACCT | | | | | | | | | |
| 112. American Exp | A | Dividend | J | T | | | | | |
| 113. American On Line | | None | | | Sold | 8/27 | J | | |
| 114. Amgen | | None | J | T | | | | | |
| 115. Anadarko Pete | A | Dividend | | | Sold | 8/27 | J | | |
| 116. Berkshire Hath | | None | K | T | Bot | 8/28 | K | | |
| 117. Burlington Res | A | Dividend | | | Sold | 8/27 | J | A | |
| 118. Cardinal Health | A | Dividend | J | T | Bot | 8/29 | J | | |
| 119. Carnival Corp. | A | Dividend | | | Sold | 8/27 | J | B | |
| 120. Cisco | | None | | | Sold | 8/28 | J | | |
| 121. Citi Group | A | Dividend | J | T | | | | | |
| 122. Costco | | None | J | T | | | | | |
| 123. Dell Computer | | None | | | Sold | 8/27 | J | | |
| 124. EMC Corp Mass | | None | | | Sold | 8/27 | J | | |
| 125. Enron | | None | | | Sold | 8/27 | J | | |
| 126. Flextronics | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 127. Freddie Mac | A | Dividend | | | Sold | 8/27 | A | | |
| 128. GE Corp | A | Dividend | | | Sold | 5/6 | B | | |
| 129. Genentech | | None | | | Sold | 8/27 | J | | |
| 130. Guidant | | None | | | Sold | 8/22 | J | | |
| 131. Home Depot | A | Dividend | J | T | | | | | |
| 132. Intel Corp. | A | Dividend | J | T | | | | | |
| 133. INTR Public Grp | A | Dividend | | | Sold | 8/27 | J | A | |
| 134. Kroger | | None | | | Sold | 8/25 | J | | |
| 135. Medco | | None | J | T | Spinoff | 8/27 | J | | Merck spinoff |
| 136. Medtronic | A | Dividend | J | T | | | | | |
| 137. Merck | A | Dividend | | | Sold | 8/27 | J | B | |
| 138. MFS CAP GR Fund | A | Dividend | J | T | | | | | |
| 139. Microsoft | | None | J | T | | | | | |
| 140. ML Annuity Ret Plus | A | Dividend | K | T | | | | | |
| 141. Monsanto | A | Dividend | | | Sold | 8/27 | J | A | |
| 142. Nokia | A | Dividend | | | Sold | 8/27 | J | | |
| 143. Oracle | | None | | | Sold | 8/27 | J | | |
| 144. Pfizer | A | Dividend | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 145. Pharmacia | A | Dividend | J | T | | | | | Now Pfizer |
| 146. Pitney Bowes | A | Dividend | | | Sold | 8/27 | J | | |
| 147. Safeway | | None | J | T | | | | | |
| 148. Southwest Airlines | A | Dividend | J | T | | | | | |
| 149. Sun Microsystems | | None | | | Sold | 8/27 | J | | |
| 150. Target | A | Dividend | J | T | | | | | |
| 151. Tex Inst. | A | Dividend | | | Sold | 8/28 | J | C | |
| 152. Travelers | | None | | | Sold | 8/27 | J | | |
| 153. Walgreen | A | Dividend | | | Sold | 8/28 | J | | |
| 154. Walmart | A | Dividend | | | Sold | 8/25 | J | A | |
| 155. Wash Mut | A | Dividend | K | T | | | | | |
| 156. Wells Fargo | A | Dividend | J | T | | | | | |
| 157. | | | | | | | | | |
| 158. MSN SP IRA | | | | | | | | | |
| 159. Amer Cent Intl Growth Fund | A | Dividend | J | T | | | | | |
| 160. West Coast Eq. Fund | A | Dividend | K | T | | | | | |
| 161. | | | | | | | | | |
| 162. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 163. MSN SP IRA RMP | | | | | | | | | |
| 164. Berkshire Hath | | None | | | Sold | 8/28 | J | A | |
| 165. Bristol Meyer Squib | A | Dividend | J | T | Bot | 12/2 | J | | |
| 166. Hain Celestial | | None | J | T | Bot | 6/16 | J | | |
| 167. Lear | A | Dividend | K | T | Bot | 8/29 | K | | |
| 168. Lord Abbett Affiliated Fund | A | Dividend | J | T | | | | | |
| 169. Sealed Air | | None | J | T | Bot | 6/16 | J | | |
| 170. Solectron | | None | J | T | Bot | 12/2 | J | | |
| 171. Unum Provident | A | Dividend | K | T | Bot | 8/29 | J | | |

1. Income/Gain Codes: (See Columns B1 and D4)  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes: (See Column C2)  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market   U = Book Value   V = Other   W = Estimated

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | NIELSEN, WILLIAM F | 5/10/2004 |

## IX. -CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature   Date _MAY 10 04_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544